Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Southern _____ District of __New York_____

RECEIVED
MAR 1 1 2025
CLERKS OFFICE
S.D.N.Y

Caption:

__United States_____ v.

__Jacob Carter_____

Docket No.: 21 Cr. 681

__Nelson S. Roman_____
(District Court Judge)

Notice is hereby given that __Jacob Carter_____ appeals to the United States Court of

Appeals for the Second Circuit from the judgment ✔, other [ _____

(specify)

entered in this action on __3/6/2025_____.
(date)

This appeal concerns: Conviction only |____ Sentence only |___| Conviction & Sentence |✔ Other |____

Defendant found guilty by plea |    | trial |✔ | N/A |    .

Offense occurred after November 1, 1987?  Yes |✔  No [      N/A [

Date of sentence: 2/28/2025 2/27/25 _____  N/A |___|

Bail/Jail Disposition: Committed |✔  Not committed |    | N/A [

Appellant is represented by counsel?  Yes ✔ | No |      If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Jill R. Shellow |
| Counsel's Address: | Law Offices of Jill R. Shellow PLLC |
| | 15 Chester Avenue, White Plains NY 10601 |
| Counsel's Phone: | (212) 792-4911 |
| Assistant U.S. Attorney: | AUSA Jeffrey Coffman |
| AUSA's Address: | United States Attorney's Office, Southern District of NY |
| | 50 Main Street, White Plains NY 10601 |
| AUSA's Phone: | (914) 993-1940 |

Signature